FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

Pro Publica, Inc.

_____ )
                Plaintiff            )
                                     )
          v.                         )   Civil Action No. 23-CV-3253
National Institutes of Health        )
                                     )
_____    )
                Defendant            )

## SUMMONS IN A CIVIL ACTION

To:   (Defendant's name and address)
      National Institutes of Health
      9000 Rockville Pike
      Bethesda, MD 20892

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeremy A. Kutner, Esq.
Sarah Matthews, Esq.
Pro Publica, Inc.
155 Avenue of the Americas
13th Fl.
New York, NY 10013

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        **CLERK OF COURT**

Date: 4/20/2023                         /S/ V. BRAHIMI
                                        Signature of Clerk or Deputy Clerk

FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __National Institutes of Health__

was received by me on *(date)* __May 8th, 2023__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served a copy of the summons and complaint on National Institutes of Health via certified mail on May 8th, 2023. The United States Postal Service confirms delivery on May 12th, 2023. See Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __5/18/23__

Server's signature

__Stanley Mah__
Printed name and title

__155 Avenue of the Americas, 13th Floor NY NY 10013__
Server's address

Additional information regarding attempted service, etc: Additional copies were sent via certified mail on April 20th, 2023 to:

Merrick B. Garland
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C. 20530-0001

Civil Clerk
Civil Division
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

The United States Postal Service confirms delivery on May 1st, 2023 and April 25th, 2023 respectively.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) S. Marshall  C. Date of Delivery 5/25/2 |
| 1. Article Addressed to:<br>Attn: Civil Clerk<br>Civil Division<br>U.S. Attorney's Office<br>86 Chambers Street 3rd Floor<br>New York, NY 10007 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0108 5077 2881 99 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label) | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $4.15 | 0058 19 |
| $ $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ $0.00 | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.74 | |
| Total Postage and Fees $9.24 | 04/20/2023 |

Sent To: Merrick B. Garland U.S. Attorney General US Dept of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3010 0000 2587 1486

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10007

| | |
|---|---|
| Certified Mail Fee $4.15 | 0058 19 |
| $ $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ $0.00 | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.74 | |
| Total Postage and Fees $9.24 | 04/20/2023 |

Sent To: Civil Clerk Civil Division U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 86 Chambers Street, 3rd Floor
City, State, ZIP+4®: New York NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3010 0000 2587 1479

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bethesda, MD 20892

| | |
|---|---|
| Certified Mail Fee $4.15 | 0058 19 |
| $ $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) $ $0.00 | |
| ☒ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.74 | |
| Total Postage and Fees $9.24 | 04/20/2023 |

Sent To: National Institutes of Health
Street and Apt. No., or PO Box No.: 9000 Rockville Pike
City, State, ZIP+4®: Bethesda MD 20892

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3010 0000 2587 1493

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70153010000025871486

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:01 am on May 1, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 1, 2023, 5:01 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
April 29, 2023, 10:49 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
April 29, 2023, 10:43 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 29, 2023, 8:09 am

**In Transit to Next Facility**

Feedback

April 28, 2023

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
April 25, 2023, 12:05 pm

**USPS in possession of item**
NEW YORK, NY 10014
April 20, 2023, 3:27 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs