

July 24, 2023

FILED VIA ECF

Hon. Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

**Re: Joint request for stay in *Pro Publica, Inc. v. Nat'l Institutes of Health*, 23-CV-3253**

Dear Judge Gardephe:

I represent Pro Publica, Inc. ("ProPublica") in the above-referenced matter. ProPublica filed the complaint initiating this matter on April 19, 2023, seeking public records from the defendant, National Institutes of Health ("NIH"), under the federal Freedom of Information Act. NIH has produced the documents sought by ProPublica, and the parties have agreed not to litigate further over this production. The only outstanding matter concerns ProPublica's request that the NIH pay its attorney fees and costs in this case, pursuant to 5 U.S.C. § 552(a)(4)(E)(i), and the parties are now meeting and conferring to discuss this request.

Given this development, the parties jointly request a 30-day administrative stay of this case (including the deadline for NIH's responsive pleading, currently due July 26, and the initial conference currently set for August 10), and we propose updating the Court further on or before **August 23, 2023**.

Sincerely,

/s/ Sarah Matthews
Sarah Matthews
Deputy General Counsel
ProPublica
155 Avenue of the Americas, 13th Floor
New York, NY 10013
sarah.matthews@propublica.org
917.512.0288

CC: Jean-David Barnea, Jean-David.Barnea@usdoj.gov

MEMO ENDORSED
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 25, 2023